STATE OF NEW JERSEY, RESPONDENT, v. JOSEPH SABO, APPELLANT.

Argued May 18, 1943—Decided September 24, 1943.

For the respondent, *Charles A. Rooney.*

For the appellant, *Levitan & Levitan.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 11.

*For reversal*—None.